# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEVON MARTEZ EASLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:22-cv-00444-AMM-SGC |
| **SHELBY COUNTY JAIL,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge entered a report on January 19, 2024, recommending the dismissal without prejudice of all but one of the plaintiff's claims under 28 U.S.C. § 1915A(b). (Doc. 46). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, it is **ORDERED** that all the plaintiff's claims, except for the plaintiff's claim Nurse Brandy violated his constitutional rights by denying him medical care for a growth on his face, are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A(b). It is further **ORDERED** that the claim against Nurse Brandy is referred to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 15th day of February, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE